Sarah Ferguson, (NSBN 14515)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
sferguson@parsonsbehle.com

*Attorney for Plaintiff Dr. Taryn Bragg*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARYN BRAGG, M.D., an individual,<br><br>Plaintiff,<br>vs.<br><br>AMANDA MUNOZ, an individual, ALEENA VILLALOBOS, an individual of majority,<br><br>Defendants. | Case No. 2:23-cv-01153-JAD-DJA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Taryn Bragg, M.D. hereby voluntarily dismisses this action without prejudice. Plaintiff's Motion for Leave to File Complaint Under Seal filed on July 21, 2023 (ECF No. 2) is withdrawn as moot.

DATED: July 31, 2023.                    PARSONS BEHLE & LATIMER

*/s/ Sarah Ferguson*
Sarah Ferguson, Nevada Bar No. 14515
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
sferguson@parsonsbehle.com

*Attorney for Plaintiff Dr. Taryn Bragg*

PARSONS
BEHLE &
LATIMER

4869-0537-9443.v1